# UNITED STATES DISTRICT COURT

EASTERN District of VIRGINIA


FILED IN OPEN COURT
NOV -8 2017
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

UNITED STATES OF AMERICA

V.

ERIC BRIAN BROWN
*Defendant*

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
BAIL REFORM ACT

Case No.  2:17mj562

Upon motion of the _____ United States _____ detention hearing is set for __11/14/17__ * at __2:30 p.m.__
                                                          *Date*                    *Time*

before _____ United States Magistrate Judge _____
                          *Name of Judicial Officer*

_____ Norfolk, Virginia _____
                 *Location of Judicial Officer*

Pending this hearing, the defendant shall be held in custody by (the United States marshal) _____
                                                                                              *Other Custodial Official*

Date:  __11/8/17__                                                    _____[signature]_____
                                                                                   *Judge*

If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.