# UNITED STATES DISTRICT COURT
*EASTERN DISTRICT OF VIRGINIA*

**NORFOLK/NEWPORT NEWS DIVISION**

Tuesday, August 6, 2019

**MINUTES OF PROCEEDINGS IN** Open Court

**PRESENT**: THE HONORABLE RAYMOND A. JACKSON, U.S. DISTRICT JUDGE

Deputy Clerk: *P. Thompson*          Reporter: Jody Stewart, OCR

| Set: 10:00 a.m. | Started: 10:00 a.m. | Ended: 10:15 a.m. |
|---|---|---|

| |
|---|
| Case No. 2:18cr194 |
| **United States of America** |
| v. |
| **Eric Brian Brown** |
| |
| AUSA's Randy Stoker and Kevin Comstock appeared on behalf of the Govt. |
| Attorney Laura Tayman, c/a and AFPD's Andrew Grindrod, Keith Kimball and Lindsay McCaslin appeared on behalf of the defendant. No appearance by defendant, Eric Brown. |
| |
| Matter came on for Status Conference. |
| |
| Comments of Court. |
| Argument of counsel heard as to how to proceed. |
| Court will issue an order. |
| Court GRANTS Government #91 Motion for Psychiatric Exam and will issue an order. |
| Court adjourned. |

|  |
|--|
|  |
|  |
|  |
|  |
|  |