# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA
# Norfolk Division

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **Criminal No. 2:18cr194** |
| | ) | |
| **ERIC BRIAN BROWN,** | ) | |
| | ) | |
| Defendant. | ) | |

## GOVERNMENT'S NOTICE REGARDING STATUS OF DEFENDANT

COMES NOW the United States of America by its attorneys, G. Zachary Terwilliger, United States Attorney for the Eastern District of Virginia and Assistant United States Attorneys Kevin M. Comstock, Randy C. Stoker, and William B. Jackson, and hereby notifies the Court, Defendant ERIC BRIAN BROWN, and counsel for the Defendant, that the United States will <u>not</u> seek a sentence of death against the Defendant for any of the offenses charged in criminal case number 2:18cr194.

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By: \_\_\_\_\_/s/\_\_\_\_\_
Randy C. Stoker
Kevin M. Comstock
William B. Jackson
Assistant United States Attorneys
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, VA 23510
Phone: (757) 441-6331
Facsimile: (757) 441-6689

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 6th day of August 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification to all counsel of record, including:

      Keith L. Kimball
      Andrew Grindrod
      Lindsay McCaslin
      Attorneys for the Defendant
      Federal Public Defenders
      150 Boush Street
      Suite 403
      Norfolk, VA 23510

      Laura P. Tayman
      Attorney for the Defendant
      11815 Fountain Way
      Suite 300
      Newport News, VA 23606

      /s/
      Randy C. Stoker
      Assistant United States Attorneys
      Attorney for the United States
      United States Attorney's Office
      101 West Main Street, Suite 8000
      Norfolk, VA 23510
      Office Number: 757-441-6331
      Facsimile Number: 757-441-6689