IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

UNITED STATES OF AMERICA

    v.                                                          Criminal No. 2:18cr194

ERIC BRIAN BROWN,

    Defendant.

## ORDER

Before the Court is the United States' Motion for Competency Examination by Government Expert. ECF No. 91. Having considered the Motion, the Defendant's Response Opposing the Government's Motion (ECF No. 92), and the Government's Reply (ECF No. 93), the Government's Motion is **GRANTED**.

Pursuant to 18 U.S.C. § 4241 and Rule 12.2(c)(1)(A), the Court **ORDERS** that government-retained psychologist, Dr. Edward Landis, is authorized to conduct an examination of the defendant and to draft a report detailing his findings. The Court notes that on August 6, 2019, the government orally amended its motion in court by withdrawing its request for Dr. Maureen Reardon to be present at the examination as an observer. The Court accepts that amendment, thus Dr. Reardon will not be present at the examination in any capacity.

The Court further **ORDERS** that Dr. Landis' report will be made available to the Court, to BOP, and to defense counsel on the day it is received by the Government.

**IT IS SO ORDERED.**

Norfolk, Virginia
August 6, 2019

                                                                           Raymond A. Jackson
                                                                           United States District Judge
Raymond A. Jackson
United States District Judge