# UNITED STATES DISTRICT COURT
*EASTERN DISTRICT OF VIRGINIA*

**NORFOLK/NEWPORT NEWS DIVISION**

Tuesday, September 29, 2020

**MINUTES OF PROCEEDINGS IN** Open Court

**PRESENT**: THE HONORABLE Raymond A. Jackson, U.S. DISTRICT JUDGE

Deputy Clerk: *P. Thompson*          Reporter: Carol Naughton, OCR

| Set: 10:00 a.m. | Started: 10:03 a.m. | Ended: 10:18 p.m. |
|---|---|---|

Case No.  2:18cr194

**United States of America**

v.

**Eric Brian Brown**

AUSAs Randy Stoker and Kevin Comstock appeared on behalf of the government.

Andrew Protogyrou, c/a and AFPDs Keith Kimball, Lindsay McCaslin and Andrew Grindrod appeared on behalf of defendant Eric Brown.

Matter came on for Status Hearing re: remand from the 4th Circuit Court of Appeals.

Argument of counsel heard.

Court VACATES Sell Order and makes certain findings on the record.

Court will issue an Order.

Court adjourned.